UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-00027-RJC

| | |
|---|---|
| RICHARD LAMARK,           )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    vs.                      )<br>                             )<br>COMMISSIONER OF SOCIAL       )<br>SECURITY,                    )<br>                             )<br>    Defendant.               )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's request for judicial review of the Commissioner's decision that she is not disabled. The Commissioner filed a Consent Motion for Remand requesting that this Court remand this case under sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), because the hearing recording is inaudible. Good cause having been shown, the Court hereby remands this case to the Commissioner under sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. Because this case is being remanded under sentence six of 42 U.S.C. § 405(g), this Court shall retain jurisdiction of this case while it is pending before the Commissioner. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that this case be remanded to the Commissioner.

Signed: September 2, 2021

Robert J. Conrad, Jr.
United States District Judge