UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-00027-RJC

| | |
|---|---|
| RICHARD LAMARK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Reopen Case, (Doc. No. 11), and Defendant's Consent Motion to Remand to Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), (Doc. No. 16).

Upon consideration of the Consent Motion to Reopen, (Doc. No. 11), filed by Defendant, it is **ORDERED** that this case be, and the same hereby is, **REOPENED**.

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing the decision in this case with a remand of the case for further administrative proceedings. (Doc. No. 16). Plaintiff's attorney does not oppose Defendant's motion for remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Commissioner's decision

1

under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED** that Plaintiff's Social Security Brief, (Doc. No. 14), is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Signed: December 18, 2024

Robert J. Conrad, Jr.
United States District Judge